

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00559-CV

**IN RE** Kishan Kumar **MANGTANI**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

On August 9, 2018, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than September 4, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 17, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CVG-002787-D4, styled *In the Matter of the Marriage of San Juanita Barajas Mangtani and Kishan Kumar Mangtani*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.